### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

FRANCIS M. DUFFY, Ph.D *et al.*,          *

      *Plaintiffs*,          *

    v.          *          No. 1:26-cv-2647

WESTLEY MOORE, *et al.*,          *

      *Defendants*.          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time (the "Motion"), it is this __17th__ day of __July__, 2026, hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that the deadline for Defendants to respond to Plaintiffs' Motion for a Preliminary Injunction is extended to August 14, 2026; and it is further

ORDERED that the deadline for Plaintiffs' Reply Brief is extended to September 15, 2026; and it is further

ORDERED that the Answer deadline is stayed until fourteen days after the Court rules on Plaintiffs' Motion for Preliminary Injunction.

/s/
_____

The Honorable Richard D. Bennett
United States District Judge